1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12
13
14
15

_____ )
PUGET SOUND ELECTRICAL WORKERS )
HEALTHCARE TRUST, *et al.*, )
                                          )     Case No. MC17-0109RSL
                          Plaintiffs, )
         v.                               )
                                          )     ORDER TO ISSUE WRIT OF
THOMAS K. JORDAN, )                             GARNISHMENT
                                          )
                          Defendant, )
         v.                               )
                                          )
US BANK, N.A., )
                                          )
                          Garnishee. )
_____ )

16    This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

17  for property in which the defendant/judgment debtor, Thomas K. Jordan, has a substantial

18  nonexempt interest and which may be in the possession, custody, or control of the garnishee, US

19  Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the

20  Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on August

21  31, 2017, at Dkt. # 1-3.

22

23    Dated this 1st day of September, 2017.

24                                    *Robert S. Lasnik*

25                              Robert S. Lasnik
                                United States District Judge
26

ORDER TO ISSUE WRIT OF GARNISHMENT